**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

IN RE: Andrew J. Sterling           )    CASE NO. 11-14278-BFK
                                    )
                                    )    **CHAPTER 13 BANKRUPTCY**
**DEBTOR**                          )
                                    )

## NOTICE OF FINAL CURE PAYMENT

    Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee filed Notice that the amount required to cure the default in the below claim has been paid in full.

**Name of Creditor: <u>Green Tree Servicing, LLC</u>**
**Trustee Claim No.: <u>003</u>**

**Last four (4) digits of any number used to identify the Debtor's account: 4991**

**Mortgage Cure Amount:**

    Amount of Allowed Pre-Petition or other Arrearage:     <u>$2,656.80</u>

    Amount Paid By Trustee                                 <u>$2,656.80</u>

**Monthly Ongoing Mortgage Payment is Paid:**

    ___ Through the Chapter 13 Trustee conduit     _X__ Direct by the Debtor

    Within 21 days of the service of this Notice, the creditor must file and serve same on the Debtor, Debtor's counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(e), a Statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with Federal Bankruptcy Rule 1322(b)(5), the Debtor is otherwise current on all the payments, or be subject to further action of the Court including possible sanctions.

Dated:  June 9, 2016                          Respectfully Submitted:

                                              <u>/s/ Thomas P. Gorman</u>
                                              Standing Chapter 13 Trustee

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 9, 2016, service of a true and complete copy of the above and foregoing pleading or paper was made upon the following by electronic service

Robert B. Easterling, Esq.
Attorney for Debtor
General Washington Exec. Ctr.
2217 Princess Anne St. Ste. 100-2
Fredericksburg, VA 22401

Green Tree Servicing, LLC
c/o Atlantic Law Group
Attn: Kathryn E. Smits, Esq.
1602 Village Market Blvd. SE
Suite 310
Leesburg, VA 20175

and upon the following by depositing the same in the United States mail, envelopes properly addressed to each of them and with sufficient first-class postage affixed.

Andrew J. Sterling
Chapter 13 Debtor
PO Box 2281
Reston, VA 20195-0281

Green Tree Servicing, LLC
PO Box 44265
Jacksonville, FL 32231-4265

                                                       /s/   Thomas P. Gorman
                                                  Thomas P. Gorman, Chapter 13 Trustee